1024

KAREN J. CALLAHAN, *Individually and as Personal Representative, Appellants*, v. STATE FARM LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-07354-8, Bruce Cohoe, J., entered November 19, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ. Now published at 82 Wn. App. 807.

THE STATE OF WASHINGTON, *Respondent*, v. DANNY WAYNE EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00570-6, Don L. McCulloch, J., entered December 16, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

KAREN WALTERS, *Appellant*, v. JEFFREY FORAYTER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-2-00775-6, Robert L. Harris, J., entered February 4, 1994. *Affirmed* by unpublished opinion per Morgan, J, concurred in by Seinfeld, C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY N. KELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00733-4, James E. Warme, J., entered May 12, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.